■  In the Matter of MONICA MACKOWIAK, Respondent, v REGIONAL TRANSIT SERVICE, INC., Appellant.—Order unanimously affirmed, with costs, for the reasons stated at Special Term, Mastrella, J. (Appeal from order of Monroe Supreme Court—stay arbitration.) Present—Marsh, P. J., Cardamone, Simons, Dillon and Schnepp, JJ.